# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

KRAY MIMS,                     )
         Plaintiff,       )
                     )     **JUDGMENT IN A CIVIL CASE**
     v.                 )     **CASE NO. 5:11-CV-197-F**
                     )
MILLER B. CASH,       )
         Defendant.    )

**Decision by Court.**

     **IT IS ORDERED AND ADJUDGED** that this action hereby is DISMISSED without prejudice as to Defendant Miller B. Cash, for failure to make timely service, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 23, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Stephan Michael Nitz (via CM/ECF Notice of Electronic Filing)

September 23, 2011                   DENNIS P. IAVARONE

Date                                   Clerk of Court

                                     /s/ Susan K. Edwards

                                     *(By) Deputy Clerk*

                                     *Wilmington, NC*